# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 5, 2025

### NO. 03-25-00300-CV

**Ryan Scott Simpson, Appellant**

**v.**

**MacKenzie Kelly, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on April 23, 2025. Having reviewed the record, the Court holds that Ryan Scott Simpson has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.